Order entered January 10, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01201-CR

### RONNIE MONTGOMERY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F09-20347-H

## ORDER

This Court previously abated this appeal so that the trial court could determine whether a copy of the June 22, 2011 Motion to Revoke Probation exists. This Court has now received a supplemental clerk's record containing a copy of the June 22, 2011 Motion to Revoke Probation. We therefore **REINSTATE** the appeal.

MARY MURPHY
PRESIDING JUSTICE